**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7257

MICHAEL LOUIS HEPSTALL,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson. Joseph Dawson, III, District Judge. (8:20-cv-00877-JD)

Submitted: May 18, 2023                                              Decided: May 22, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Louis Hepstall, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Louis Hepstall appeals the district court's order accepting the magistrate judge's recommendation to grant Defendant summary judgment on Hepstall's claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-80.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *See Hepstall v. United States*, No. 8:20-cv-00877-JD (D.S.C. filed Aug. 22, 2022 & entered Aug. 23, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
